IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-MJ-239-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARCUS LENARD ARMSTRONG, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) filed by Andrew C. Brooks, Esq., concerning Murdoch Walker II, Esq. on August 1, 2017. Mr. Murdoch Walker II, Esq. seeks to appear as counsel *pro hac vice* for Defendant Marcus Lenard Armstrong. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) is **GRANTED.** Mr. Murdoch Walker II, Esq. is hereby admitted *pro hac vice* to represent Defendant Marcus Lenard Armstrong.

**SO ORDERED**.

Signed: August 1, 2017

David C. Keesler
United States Magistrate Judge